OHIO DEPARTMENT OF JOB AND FAMILY SERVICES

COMPREHENSIVE ASSESSMENT PLANNING MODEL - I.S.

CASE PLAN

Plan Number 3.01

| FAMILY NAME:<br>Perez, Erica | | AGENCY CASE NUMBER:<br>1010523 |
|---|---|---|
| CASEWORKER:<br>Stephen Silva | AGENCY:<br>Lorain County Children Services Board | AGENCY PHONE NUMBER:<br>440-329-5340 |

**Identifying Information**
List each Child in the family from oldest to youngest.

| Child Name | Agency's Legal Status | Child's Legal Status | Type and Date of Placement | Child's Permanency Goal | Court Case #/Court ID # |
|---|---|---|---|---|---|
| Fernando Sierra | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Aali'yah Ashanti-Marie Sierra | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Tristen D. Wyatt | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Erica Nicole Wyatt | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Nautica Monet' Perez | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Rayshaun Niel Powell | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Alize N. Johnson | N/A | N/A | N/A | Maintain in own home; prevent removal | |
| Darien Powell | N/A | N/A | N/A | Maintain in own home; prevent removal | |

| Child Name | Age | Date of Birth | Adult Name and Relationship to Child | Check if Child is Protected under ICWA | Tribal Affiliation (if applicable) |
|---|---|---|---|---|---|
| Fernando Sierra | 11 | 06/27/2000 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Aali'yah Ashanti-Marie Sierra | 9 | 08/01/2002 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Tristen D. Wyatt | 8 | 04/29/2004 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Erica Nicole Wyatt | 7 | 04/16/2005 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Nautica Monet' Perez | 5 | 08/19/2006 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Rayshaun Niel Powell | 4 | 07/13/2007 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Alize N. Johnson | 2 | 02/23/2010 | Erica Nicole Perez / Biological Mother | N/A | N/A |
| Darien Powell | 1 | 03/11/2011 | Erica Nicole Perez / Biological Mother | N/A | N/A |

[ ] Check if sufficient information is not available to complete any element of the JFS 01410 within 30 days.

**Justify the Reason the Agency is not able to Complete the Case Plan within 30 Days and the Steps that will be Taken to Obtain the Missing Information:**

JFS 01410 (Rev. 2/2006)

10

OHIO DEPARTMENT OF JOB AND FAMILY SERVICES

COMPREHENSIVE ASSESSMENT PLANNING MODEL - I.S.

CASE PLAN

Plan Number 3.01

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

| N/A |
|---|

### Section 1. Strengths

**List and describe the identified strengths for this family.**

| Erica Perez states that she is a devoted mother who wants her children to be able to receive the best possible care and supervision and she is willing to accept help in order to be able to facilitate this quality care and supervision. Erica desires to be able to accomplish this effective parenting with her children remaining in her home and under her care. |
|---|

JFS 01410 (Rev. 2/2006)

| FAMILY NAME:<br>Perez, Erica | | AGENCY CASE NUMBER:<br>1010523 |
|---|---|---|
| CASEWORKER:<br>Stephen Silva | AGENCY:<br>Lorain County Children Services Board | AGENCY PHONE NUMBER:<br>440-329-5340 |

## Section 2. Concerns/Expected Changes/Services

### What is the concern?

What is the concern?: Children's basic, emotional, medical, and safety needs are not always met. Children remain at risk of harm due to concerns with a lack of supervision. Preventive services are being provided to avoid removal of Darien Powell, Alize Johnson, Rayshaun Powell, Nautica Perez, Aaliyah Sierra, Tristen Wyatt, Erica Wyatt, and Fernando Sierra from the home. If reasonable efforts to assist mother are not successful, then Darien Powell, Alize Johnson, Rayshaun Powell, Nautica Perez, Aaliyah Sierra, Tristen Wyatt, Erica Wyatt, and Fernando Sierra are at serious risk of placement into foster care.
Erica does not have her GED.

### What behavior will need to change to reduce risk and address safety issues of the child(ren)?

Mother will learn and use improved parenting skills consistently so that children's basic, emotional, medical and safety needs are met. They will see that children are supervised by a responsible adult at all times for a period of 6 months.
Erica will pursue her GED to improve her employment opportunities and earning power. LCCS will assist Erica with finding the process for this objective to be completed. LCCS will also assist Erica with accessing her day care benefit in order to be able to attend the GED classes. These objectives relate to an improvement in meeting the children's basic needs and to improving Erica's mental health and esteem. Erica will also become involved in the Parent Mentor program to improve her parental skills and increase the level of parental support that she has. This resource will also assist Erica in meeting her children's basic needs. LCCS will assist Erica with this referral.
Erica will work with Nicole Mitchell at PEP to access and complete her mental health assessment related to depression.

### Services Identified:

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| Aali'yah Ashanti-Marie Sierra | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Aali'yah Ashanti-Marie Sierra | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Aali'yah Ashanti-Marie Sierra | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Alize N. Johnson | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Alize N. Johnson | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Alize N. Johnson | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Darien Powell | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Darien Powell | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Darien Powell | Case Management / Information & Referral | Lorain County Children Services | 01/30/2012 | 01/30/2012 | |

JFS 01410 (Rev. 2/2006)

Case: 1:12-cv-01965-PAG Doc #: 1-2 Filed: 07/31/12 4 of 14. PageID #: 30

Page 4 of 14

| FAMILY NAME: Perez, Erica | | | | AGENCY CASE NUMBER: 1010523 | |
|---|---|---|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | | | AGENCY PHONE NUMBER: 440-329-5340 | |

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| | Services | Board | | | |
| Erica Nicole Perez | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Perez | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Perez | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Wyatt | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Wyatt | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Wyatt | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Fernando Sierra | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Fernando Sierra | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Fernando Sierra | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Nautica Monet' Perez | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Nautica Monet' Perez | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Nautica Monet' Perez | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Rayshaun Niel Powell | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Rayshaun Niel Powell | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Rayshaun Niel Powell | Case Management / | Lorain County | 01/30/2012 | 01/30/2012 | |

JFS 01410 (Rev. 2/2006)

| FAMILY NAME:<br>Perez, Erica | | | AGENCY CASE NUMBER:<br>1010523 | | |
|---|---|---|---|---|---|
| CASEWORKER:<br>Stephen Silva | AGENCY:<br>Lorain County Children Services Board | | AGENCY PHONE NUMBER:<br>440-329-5340 | | |

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| | Information & Referral Services | Children Services Board | | | |
| Tristen D. Wyatt | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Tristen D. Wyatt | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Tristen D. Wyatt | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |

**Activity family members need to complete to make this change**

Mother will:
¿ Go to class and/or work with parent mentor or in-home therapist to learn about and implement into practice suggestions regarding typical behavior for children (provide ages of their children) what kind of care, discipline usually work best for children.
¿ Demonstrate knowledge gained from class in: organization of daily schedules for the children, structure of the home, proper and safe discipline, other activities to help children grow
¿ Stick to a schedule that is predictable for kids( breakfast, free play, outside, TV time, Lunch, Naps, Art Time, Dinner, Outside, Baths, Stories, Bed at about the same time every day)
¿ Make sure that home is organized so that they can play safely if you have to step outside of a room they are in. ( medicines and cleaning products, tobacco, lighters, alcohol, other toxins are out of their reach/locked away) -- no items infants and toddlers can choke on or cut themselves on left out.
¿ Work on a plan as to who will supervise your children when you must attend meetings and appointments and in case of emergency as children are never to be left alone.
¿ Choose only people you know to be safe and responsible (no drug users; no history of violence consider licensed child care providers). Do not use people who have let your kids be in unsafe situations in the past.
¿ Make sure child care provider knows about child safety, your children, their schedule, their rules.
¿ Choose a dentist and pediatrician, take children to appointments and follow through with follow up appointments or treatment, as needed.
¿ Choose a therapist/counselor for your children to address any emotional/behavioral concerns you have that cannot be managed without assistance.

**How will the caseworker and/or service team help the family make this change?**

Social Worker will:
¿ Make referral to parenting class/program/service
¿ Observe home and parents/ Coach Parents
¿ Discuss case plan progress/problems with parents at least once monthly
¿ Help Parents locate safe child care if requested
¿ Help Parents address child care and transportation issues if requested
¿ Keep in touch with service providers to monitor progress/address problems
¿ Conduct announced and unannounced home visits
¿ Ask for a tour of the home at least once monthly to ensure that utilities are working, that the family has adequate food supply, that there are no environmental hazards.
¿ Ask to interview children in private re: their health, safety, and well-being once monthly
¿ Visit children in school as appropriate to assess their safety and well-being
¿ Notify parents immediately after school visits by phone or letter
¿ Talk with school personnel to determine child's attendance and whether parent is responsive to school personnel re: conferences, notes from teachers.
¿ Talk with other caregivers to assess safety and well-being of children.

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

¿ Talk with service providers and medical providers to assess case plan progress as well as safety and well being of children.

**How will the family's progress be measured?**

¿ Parents having completed classes/used service
¿ Condition of home is safe during visits
¿ Parents can explain children's routine
¿ Routine followed during home visits
¿ Parents using discipline correctly during home visits
¿ Parents able to give names of people who supervise kids in their absence.
¿ Parents making safe choices about people who supervise their kids in their absence
¿ No Reports of children having been left alone
¿ Kids are getting to doctor, dentist as recommended or needed
¿ Kids getting to school or Headstart
¿ Kids clean and dressed in clean weather appropriate clothes during visits

**When will the family's progress be reviewed?**

Home Visits, Team Meetings, 90 Day Reviews, SARs, Court Hearings

JFS 01410 (Rev. 2/2006)

| FAMILY NAME:<br>Perez, Erica | | AGENCY CASE NUMBER:<br>1010523 |
|---|---|---|
| CASEWORKER:<br>Stephen Silva | AGENCY:<br>Lorain County Children Services Board | AGENCY PHONE NUMBER:<br>440-329-5340 |

## Section 2. Concerns/Expected Changes/Services

### What is the concern?

LCCS has concerns that Erica Perez may suffer from undiagnosed mental illness due to her/his inability to recognize some of the extreme parenting methods used; minimization of her responsibility for safety and protection as the parent of all of her eight children and inability to meet basic needs.
Mothers emotional instability/mental health issues interfere with her ability to meet the basic, emotional, and safety needs of the children.

### What behavior will need to change to reduce risk and address safety issues of the child(ren)?

Erica Perez will manage once diagnosed mental health illness/symptoms to the extent that they do not interfere with her ability to care for or provide a safe, stable, clean, home environment for her children as well as meet the basic, emotional and medical needs of her children.

### Services Identified:

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| Erica Nicole Perez | Counseling / Individual counseling | Nord Center | 02/21/2012 | 02/21/2012 | |

### Activity family members need to complete to make this change

¿ Erica Perez will:
¿ Schedule a psychiatric evaluation with a licensed mental health provider by 3/3/12 to be completed by 3/16/12.
¿ Schedule a complete psychological evaluation at Nord Center by 3/3/12 to be completed by 3/16/12. The psychological evaluation is a specific provider so that LCCS may provide information regarding concerns and reason for referral. Erica Perez may utilize another provider ONLY IF she provides LCCS with the name of the provider and a signed release PRIOR to the psychological evaluation so that LCCS can relay concerns and reason for referral.
¿ Attend the scheduled appointment, fully participating in the evaluation process and providing accurate, honest and current information to the evaluator.
¿ IF any additional services are recommended (ANY service the provider deems beneficial to Parent), (Parent) will arrange and engage in these services as requested attending all appointments and following through with any and all subsequent recommendations.
¿ IF any medication is prescribed, Erica Perez will get scripts filled in a timely manner (within one week) and take medication as prescribed.
¿ Cooperate with LCCS Case Worker to schedule Family Team Meetings (providing names, numbers and addresses for other parties to be invited) as necessary to assist in the safety planning and care of the children.
¿ Allow case worker access to the family residence for home visits no less than twice a month. This includes scheduling a minimum of two home visits within each month and allowing case worker access to the residence for at least one unannounced home visit within each month.
¿ Allow case worker to speak with children privately regarding their safety and adjustment in the home.
¿ If the children are not available for home visits (announced or unannounced) Parent agrees to allow case worker to meet with children at school in order to complete a private interview no less than once monthly.
¿ Ensure that children receive all routine medical care (annual physicals as well as necessary follow up for any medical conditions or problems); including dental (every 6 months check up); and any emergency care needed.
¿ Communicate any concerns or problems in accessing community services immediately to case worker, once you have attempted to resolve on your own so assistance can be given to resolve.
¿ Abstain from discussing the case plan in front of the children unless it pertains directly to them (for example Bob Reitman and Applewood services review).
¿ Sign releases of information as requested so case worker can maintain contact with all service providers to monitor progress and symptoms.

### How will the caseworker and/or service team help the family make this change?

Social Worker will:
¿ Provide case management and case work counseling services.
¿ Make referrals as deemed necessary and appropriate.

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

¿ Coordinate Family Team Meetings as needed.
¿ Maintain contact with family members and service providers via phone, written or face-to-face contact to monitor progress.
¿ Make self available to participate in any services and attend appointments as requested.
¿ Provide information to service providers regarding LCCS involvement and case plan concerns so service providers can better assist the family.

**How will the family's progress be measured?**

¿ Verification that Erica Perez completed the psychiatric evaluation and is following through with any recommendations, IF made.
¿ Reports from service providers and family members.
¿ Medication Compliance and understanding of what medication addresses.
¿ Mothers ability to describe how symptoms caused them to have trouble meeting needs of children and how things are different now; how they will continue to manage their symptoms so they can meet their children's needs
¿ Direct observation during home visits and visitations that Erica Perez is able to demonstrate and implement newly acquired information regarding parenting methods as well as the entire family demonstrating an ability to communicate with one another openly, and honestly in a respectful way.

**When will the family's progress be reviewed?**

During announced and unannounced home visits; 90 Day Reviews; Semi-Annual Reviews (SAR's); Family Team Meetings (FTM'S); Custody Review Team Meetings (CRT's); Supervision; Home Study Process; and Court Hearings.

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

## Section 2. Concerns/Expected Changes/Services

### What is the concern?

Mothers alcohol abuse/drug abuse interferes with her ability to meet the basic, emotional, and safety needs of their children consistently.

### What behavior will need to change to reduce risk and address safety issues of the child(ren)?

Mother will live sober lifestyle and demonstrate that symptoms of drug and alcohol abuse no longer interfere with their ability to meet their children's needs for a period of 6 months.
LCCS will continue to randomly drug screen Erica due to her treatment history. Her clinical reevaluation regarding substance abuse will be a function of her ongoing drug screen results. A positive screen will require Erica to complete reevaluation via a CD assessment.

### Services Identified:

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| Erica Nicole Perez | Counseling / Drug Treatment-Outpatient | Lorain County Alcohol and Drug Abuse Services (LCADA) | 02/21/2012 | 02/21/2012 | |

### Activity family members need to complete to make this change

Mother will:
¿ make and keep appointment for drug and alcohol assessment by 3/15/12.
¿ provide assessor with true and correct information
¿ provide urine screens as requested
¿ Sign releases as requested.
¿ Follow treatment recommendations, not missing appointments and participating fully in treatment.
¿ Find a sponsor and use this sponsor to assist with sobriety.
¿ Successfully complete treatment by 9/15/12.
¿ Find and use non-using supports and other out-lets to relieve stress

### How will the caseworker and/or service team help the family make this change?

¿ Make referrals for assessment and treatment
¿ Ask parents to provide random urine screens
¿ Keep in touch with treatment team members and others to monitor parents' sobriety/treatment progress
¿ Discuss progress/problems with parents at least once monthly
¿ Educate children around substance abuse symptoms and help whole family to develop safety planning around seeing that kids are taken care of even in times of relapse

### How will the family's progress be measured?

¿ Mother having completed assessment
¿ Attendance at treatment
¿ Use of sober support
¿ Negative screens for 6 consecutive months.
¿ Reports from Service Providers
¿ Mothers ability to discuss how their use affected their parenting and how things are different now
¿ Mothers ability to discuss plan to avoid relapse; evidence of following plan
¿ Mothers not associating with people who use

### When will the family's progress be reviewed?

Home Visits, Team Meetings, 90 day reviews, SARs, and Court Hearings.

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

## Section 2. Concerns/Expected Changes/Services

**What is the concern?**

Children do not have legally established fathers and lack the companionship, emotional and financial support that comes from having a father who is involved and pays support.

**What behavior will need to change to reduce risk and address safety issues of the child(ren)?**

Alleged Fathers will establish paternity, pay support as ordered, and work with parent or caregiver to build and maintain a healthy, supportive relationship with their children through consistent visitation.

Services Identified:

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| Aali'yah Ashanti-Marie Sierra | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Aali'yah Ashanti-Marie Sierra | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Aali'yah Ashanti-Marie Sierra | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Alize N. Johnson | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Alize N. Johnson | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Alize N. Johnson | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Darien Powell | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Darien Powell | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Darien Powell | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Perez | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Perez | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Perez | Case Management / Information & Referral | Lorain County Children Services | 01/30/2012 | 01/30/2012 | |

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | | AGENCY CASE NUMBER: 1010523 | | |
|---|---|---|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | | AGENCY PHONE NUMBER: 440-329-5340 | | |

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| | Services | Board | | | |
| Erica Nicole Wyatt | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Wyatt | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Erica Nicole Wyatt | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Fernando Sierra | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Fernando Sierra | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Fernando Sierra | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Nautica Monet' Perez | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Nautica Monet' Perez | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Nautica Monet' Perez | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Rayshaun Niel Powell | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Rayshaun Niel Powell | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Rayshaun Niel Powell | Case Management / Information & Referral Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Tristen D. Wyatt | Case Management / Case Management Services | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Tristen D. Wyatt | Case Management / Casework Counseling | Lorain County Children Services Board | 01/30/2012 | 01/30/2012 | |
| Tristen D. Wyatt | Case Management / | Lorain County | 01/30/2012 | 01/30/2012 | |

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

| Family Member Responsible for Activity | Service Category/Type | Service Provider | Effective Date | Service Begin Date | Expected Completion Date for Activity |
|---|---|---|---|---|---|
| | Information & Referral Services | Children Services Board | | | |

**Activity family members need to complete to make this change**

Alleged Father(s) will:
¿ Call or go to CSEA to pursue establishment of paternity.
¿ Sign affidavit admitting to being the father of the child(ren) or request genetic testing if not sure he is the father.
¿ Spend time with your child before and after appointments.
¿ Cooperate with CSEA and Courts to establish visitation and support orders.
¿ Visit with children as ordered.
¿ Pay Support as ordered.
¿ Establish and maintain contact with your child through phone calls, letters, email.
¿ Meet with Case Worker as requested.
¿ Sign Releases of Information as requested
¿ Participate in services that are necessary to promote safety and well-being of child during visits and at other times.
¿ Discuss the child's needs and progress with Mother or Caregiver in children's presence.
¿ Leave adult concerns outside the visitation area or away from the child's presence.
Mother or Caregiver will:
¿ See that child is available for genetic testing by CSEA.
¿ Tell Caseworker and Court about concerns you may have about the child's safety during visits based on Alleged Father's history ( inform if drug abuse, history of domestic violence, history of child abuse, other unsafe people in father's home)
¿ Work with CSEA/Court to make a visitation schedule.
¿ Follow visitation schedule.
¿ Discuss the child's needs and progress with Father in children's presence.
¿ Discuss how visitation is going with caseworker
¿ Let caseworker know if there are problems with visitation.
¿ Leave adult concerns outside the visitation area or away from the child's presence.

**How will the caseworker and/or service team help the family make this change?**

Social Worker will:
¿ Assist with establishment of paternity if requested.
¿ Assist in development of visitation plan if requested
¿ Meet with Father to assess safety of home and his ability and willingness to provide safe care for child.
¿ Amend Case Plan in order to refer father to services to address any issues that interfere with his being able to safely visit with and/or care for the child.
¿ Observe father's visits with the child to evaluate his parenting skills and determine services that might be needed

**How will the family's progress be measured?**

¿ Paternity established
¿ Support Paid
¿ Father meeting and communicating with Social Worker
¿ Father visiting with child consistently
¿ Reports from child(ren), Mother, Father that visits go well
¿ Attending meetings and appointments regarding the child

**When will the family's progress be reviewed?**

Home Visits, Team Meetings, 90 Day Reviews, SARs, Court Hearings contact with service providers, contact with family members, contact with caregiver and child

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

Section 3 is intently blank because NO current Visitation Plan record is linked to the Case Plan.

JFS 01410 (Rev. 2/2006)

| FAMILY NAME: Perez, Erica | | AGENCY CASE NUMBER: 1010523 |
|---|---|---|
| CASEWORKER: Stephen Silva | AGENCY: Lorain County Children Services Board | AGENCY PHONE NUMBER: 440-329-5340 |

SIGNATURES OF PARENT/GUARDIAN/CUSTODIAN, OTHER PARTIES AND AGENCY REPRESENTATIVES

| NAME | RELATIONSHIP | SIGNATURE | DATE | DATE COPY OF PLAN PROVIDED |
|---|---|---|---|---|
| Erica Perez | Parent | | 03/08/2012 | 03/08/2012 |
| Stephen Silva | Caseworker | | 03/08/2012 | |
| Nancy Griffiths | Supervisor | | 03/08/2012 | |

Describe how the Parent/Guardian/Custodian and child(if appropriate) were given the opportunity to participate in the development of the case plan.

Caseworker has been actively working with Erica Perez and her extended family in an attempt to prevent the removal of her children via the conjoint development of a robust case plan. Erica Perez requested that her case plan be adjusted and amended when she reviewed her case plan on 2/29/12. She provided input that day regarding her amendment.

If any required person did not participate or disagreed with the case plan, state who and check the appropriate box for the reason why:

| Signature Name | Unable to locate? | Not Available | Disagree | Other |
|---|---|---|---|---|
| | | | | |

If any party did not sign the case plan or disagreed with the case plan, explain below.

| |
|---|

Note: For court-involved case, understand that once the case plan has been journalized by the court, all parties, including the parent, guardian or custodian of the child, are bound by the terms of the case plan. A party that fails to comply with the terms of the journalized case plan may be held in contempt of court.

JFS 01410 (Rev. 2/2006)